Scott KLIPPEL, Petitioner

v.

DEPARTMENT OF HOMELAND
SECURITY, Respondent

2017-1636

United States Court of Appeals,
Federal Circuit.

February 13, 2018

JOHN SILVERFIELD, Naples, FL, argued for petitioner.

GEOFFREY MARTIN LONG, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent. Also represented by CHAD A. READLER, ROBERT E. KIRSCHMAN, JR., L. MISHA PREHEIM; MICHAEL GACHES, Office of Chief Counsel, United States Transportation Security Administration, Arlington, VA.

(Prost, Chief Judge, Reyna and Wallach, Circuit Judges).

### JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

IN RE: LIFEWATCH TECHNOLO-
GIES LTD., FKA Card Guard Sci-
entific Survival Ltd., Appellant

2017-1652

United States Court of Appeals,
Federal Circuit.

February 13, 2018

LAURA A. LYDIGSEN, Brinks Gilson & Lione, Chicago, IL, argued for appellant. Also represented by RALPH JOSEPH GABRIC, GERALD PETER NICHOLS.

MEREDITH HOPE SCHOENFELD, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee Andrei Iancu. Also represented by NATHAN K. KELLEY, THOMAS W. KRAUSE, MONICA BARNES LATEEF.

(Prost, Chief Judge, Reyna and Wallach, Circuit Judges).

### JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**